JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

KHOSROW CHARKHCI,

           Petitioner,

         v.

FERETI SEMAIA, Warden of
Adelanto Detention Facility,

           Respondent.

Case No. 5:26-cv-00552-JFW (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Immigration and Customs Enforcement ("ICE")'s revocation of Petitioner's Order of Supervision and subsequent redetention violated federal law and the Due Process Clause of the Fifth Amendment to the United States Constitution. Respondent and his officers, agents, employees, attorneys and persons acting on his behalf in concert or in participation with him are enjoined from: (a) Redetaining Petitioner without notice and an individualized pre-detention hearing before a neutral arbiter at which it is determined that detention is lawful and warranted under the applicable statutes and regulations either because Petitioner has

1

violated a term of his Order of Supervision or because his removal from the United States is significantly likely in the reasonably foreseeable future, including that Respondents have procured travel documents for Petitioner and that such documents are in the possession of ICE; and (b) removing Petitioner to any third country without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations, including the opportunity to assert a fear-based objection.

Dated: April 13, 2026

JOHN F. WALTER
United States District Judge

2